STEGALL v. STEGALL

No. 268PA93

Case below: 110 N.C.App. 655

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 29 July 1993.